**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

ANTHONY GRECCO,

                Petitioner,

                                                             19 **CIVIL** 7950 (KMK)

      -against-                                           **<u>JUDGMENT</u>**

UNITED STATES OF AMERICA,

                Respondent.
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                             14 CRIM 0760 (KMK)

      -against-

ANTHONY GRECCO,

                Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 27, 2023, the Petition is dismissed with prejudice. Judgment is entered for Respondent in Case No.19-CV-7950. Furthermore, the Court finds that Petitioner has not made a substantial showing of a denial of a federal right, and that appellate review is therefore not warranted, see Tankleff v. Senkowski, 135 F.3d 232, 241 (2d Cir. 1998); and, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal taken from the order would not be in good faith, see Coppedge v. United States, 369 U.S. 438, 445 (1962). Accordingly, the case is closed.

**Dated:**  New York, New York

September 27, 2023

                                    **RUBY J. KRAJICK**
                                    **Clerk of Court**

**BY:**  _____

                                    **Deputy Clerk**